No. 87–6964. BROOKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the con-

sideration or decision of this case. ▮